UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

                                 Civil No. 3:04CV591LS

v.                          Criminal No. 3:03CR47LS

JOSUE ANGEL MUNIZ

<u>JUDGMENT</u>

For the reasons given in the memorandum opinion and order entered in this case on this date, it is ordered and adjudged that defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied.

SO ORDERED, this the 21st day of December, 2005.


                                /s/ Tom S. Lee
                               UNITED STATES DISTRICT JUDGE